UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBASISH MUKHOPADHYAY,<br>Plaintiff,<br>v.<br>GE IONICS INC.,<br>Defendant. | Case No. 17-cv-04358-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on August 1, 2017. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that October 30, 2017 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. As of the date of this order, Plaintiff has not filed a proof of service that the complaint and summons were served on Defendant, nor has an answer been filed in this case.

IT IS HEREBY ORDERED that by no later than **December 8, 2017**, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. The case management conference currently set for December 12, 2017 is continued to January 23, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 28, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge